UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 24CR154 JRT/DTS |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 922(d)(1) |
| JOSHUA BENJAMIN SCOTT, | ) | 26 U.S.C. § 5845(b) |
| a/k/a "Thirsty," | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to this Indictment:

The Defendant was a member and associate of a criminal organization, namely, the South Minneapolis street gang known as the "10's" (often stylized as "10z"). At times relevant to this Indictment, the 10's operated in the District of Minnesota, and elsewhere.

## COUNT 1
(Felon in Possession of Firearm)

On or about November 13, 2023, in the State and District of Minnesota, the defendant,

**JOSHUA BENJAMIN SCOTT,**
a/k/a "Thirsty,"

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:



*United States v. Joshua Benjamin Scott*

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Felon in Possession of a Firearm | Hennepin County, Minnesota | May 15, 2017 |
| Theft of a Motor Vehicle | Hennepin County, Minnesota | February 15, 2017 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Ruger model P95DC 9mm semi-automatic pistol bearing serial number 31145214; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Count 1 of this Indictment is hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in, connected with, or used in any knowing violation of, the offenses alleged, including, but

*United States v. Joshua Benjamin Scott*

not limited to, a Ruger model P95DC 9mm semi-automatic pistol and magazine containing 9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(d)(1), Title 26, United States Code, Section 5845(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

| UNITED STATES ATTORNEY | FOREPERSON |
|---|---|