# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES-CRIMINAL** |
| ) | |
| Plaintiff, ) | Case No:    CR24-154(JRT/DTS) |
| ) | Date:          January 15, 2025 |
| v. ) | Court Reporter: Lori Simpson |
| ) | Courthouse:    Minneapolis |
| Joshua Benjamin Scott, ) | Courtroom:    14E |
| ) | Time Commenced: 2:25 p.m. |
| Defendant. ) | Time Concluded:  3:15 p.m. |
| ) | Time in Court:    50 Minutes |
| ) | |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:      Kristian Weir, Assistant U.S. Attorney
   For Defendant:   Brian Toder

**X Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to:  BOP 24 months
Supervised Release Term:  3 years

**X** Special conditions of :

   **See J&C for special conditions**

**X** Defendant sentenced to pay:
   **X** Special assessment in the amount of $100.00 to be paid.
X Defendant released pending execution of sentence of imprisonment on
   same terms and conditions as previously released.

Sealed Matters: Documents sealed pursuant to LR 49.1(c)(2) will be unsealed when judgment is filed unless otherwise specified.

                                                      s/Heather Arent
                                                      Courtroom Deputy