IN THE UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | **AMENDED COURT MINUTES-CRIMINAL** |
| Plaintiff,      ) | |
| ) | Case No:    CR24-154(JRT/DTS) |
| v.      ) | Date:    January 15, 2025 |
| ) | Court Reporter:  Lori Simpson |
| Joshua Benjamin Scott,      ) | Courthouse:    Minneapolis |
| ) | Courtroom:    14E |
| Defendant.      ) | Time Commenced:  2:25 p.m. |
| ) | Time Concluded:    3:15 p.m. |
| ) | Time in Court:    50 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Kristian Weir, Assistant U.S. Attorney
    For Defendant:    Brian Toder

X **Evidentiary Hearing**
    Witnesses: Thomas Chorlton; Ronalda Willaims
    Government exhibits admitted: 1, 2

**X** **Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to:  BOP 24 months
Supervised Release Term:  3 years

**X** Special conditions of :

        **See J&C for special conditions**

**X** Defendant sentenced to pay:
    **X** Special assessment in the amount of $100.00 to be paid.
X Defendant released pending execution of sentence of imprisonment on
    same terms and conditions as previously released.

Sealed Matters: Documents sealed pursuant to LR 49.1(c)(2) will be unsealed when judgment is filed unless otherwise specified.

s/Heather Arent
Courtroom Deputy
